

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00264-CV

JOE BROWN                                                APPELLANT

V.

RJR INSURANCE SERVICES, INC.                            APPELLEES
D/B/A SENIOR HEALTHCARE
CONSULTANTS AND RICHARD P.
DALE, JR.

------------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 141-283456-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: November 3, 2016

---

[1]*See* Tex. R. App. P. 47.4.